UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES STANLEY,

        Plaintiff,                                     Case Number 19-11589

v.                                                      Honorable David M. Lawson

MACOMB COUNTY and
ELIZABETH DARGA,

        Defendants.

_____/

## JUDGMENT

This matter came on for trial before a jury on the plaintiff's claims against defendants Macomb County and Elizabeth Darga. On September 1, 2023, the jury returned a verdict in favor of plaintiff James Stanley on his claim alleging violations of his rights under the First Amendment against defendant Macomb County and in favor of defendant Elizabeth Darga on the plaintiff's claim against her.

Accordingly, it is **ORDERED AND ADJUDGED** that the plaintiff shall recover from defendant Macomb County the sum of $250,000 in compensatory damages.

It is further **ORDERED AND ADJUDGED** that the plaintiff take nothing on his amended complaint against defendant Elizabeth Darga, and the amended complaint against her is **DISMISSED WITH PREJUDICE**.

                                                                         s/David M. Lawson
                                                                         DAVID M. LAWSON
                                                                          United States District Judge

Date: September 5, 2023