## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 10, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 23-1842, *James Stanley v. Macomb County, MI*
Originating Case No. : 2:19-cv-11589

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Abby Bell Hahn
for Gretchen Abruzzo, Case Manager

cc: Ms. Nanette L. Cortese
    Mr. Peter C. Jensen
    Mr. John A. Schapka

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1842

_____

Filed: September 10, 2024

JAMES STANLEY

    Plaintiff - Appellee

v.

MACOMB COUNTY, MI

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/19/2024 the mandate for this case hereby issues today.

COSTS: None